O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-8374-AHM (SSx) | Date | July 13, 2009 |
|---|---|---|---|
| Title | MARIA BARAJAS v. KING EQUIPMENT SERVICES COMPANY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ed Bassey | No Appearance |

**Proceedings:**   MOTION FOR DEFAULT JUDGMENT [14] (non-evidentiary)

Court finds the proof of service defective and denies plaintiff's motion for default judgment.

|  | : | 04 |
|---|---|---|
| Initials of Preparer | | SMO |